No. 637. CHAN KWAN CHUNG v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 3d Cir. Certiorari granted. *William H. Dempsey, Jr., Esquire,* a member of the Bar of this Court, is invited to appear and present oral argument, as *amicus curiae,* in support of the judgment below. *Abraham Lebenkoff* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for respondent.

No. 695. GREEN ET AL. v. COUNTY SCHOOL BOARD OF NEW KENT COUNTY ET AL. C. A. 4th Cir. Certiorari granted. *Jack Greenberg, James M. Nabrit III, S. W. Tucker* and *Henry L. Marsh III* for petitioners. *Frederick T. Gray* for respondents.

No. 566, Misc. SABBATH v. UNITED STATES. C. A. 9th Cir. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari granted. Case transferred to appellate docket. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 666. TRIWAY INVESTMENT CO. ET AL. v. OREGON, BY AND THROUGH ITS STATE HIGHWAY COMMISSION, ET AL. Sup. Ct. Ore. Certiorari denied. *Donald C. Walker* for petitioner Triway Investment Co., and petitioner *Reuben G. Lenske, pro se.*